1  REBECCA EISEN, State Bar No. 096129
   JENNIFER SVANFELDT, State Bar No. 233248
2  MORGAN, LEWIS & BOCKIUS, LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001
   reisen@morganlewis.com
5  jsvanfeldt@morganlewis.com

6  MORGAN, LEWIS & BOCKIUS LLP
   JILL A. PORCARO State Bar No. 190412
7  300 South Grand Avenue
   Twenty-Second Floor
8  Los Angeles, CA  90071-3132
   Tel:  213.612.2500
9  Fax:  213.612.2501
   jporcaro@morganlewis.com
10
   Attorneys for Defendant
11 SERVISAIR LLC

12              UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15

16 ROBERT NAVARRO, on behalf, and       Case No.
   on behalf of others similarly situated,
17 and the general public,               **CERTIFICATION OF INTERESTED
                                         PARTIES**
18              Plaintiffs,

19        vs.

20 SERVISAIR LLC, a Limited Liability
   Corporation; and DOES 1 through 50,
21 inclusive,

22              Defendants.

23

24      **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO**

25 **PLAINTIFF:**

26      Pursuant to Northern District of California Local Rule 3-16, the undersigned

27 counsel of record for Defendant SERVISAIR LLC certifies that the following listed

28 persons, associations of persons, firms, partnerships, corporations (including parent

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
   NEW YORK

1-LA/992323.1                                    CERTIFICATION OF INTERESTED
                                                              PARTIES

1  corporations) or other entities (i) have a financial interest in the subject matter  in

2  controversy  or in a party to the proceeding, or (ii) have a non-financial interest in that

3  subject matter or in a party that could be substantially affected by the outcome of this

4  proceeding:

5      1.    Robert Navarro (Plaintiff)

6      2.    Servisair LLC (Defendant)

7      3.    Penauille Holding Inc. (parent company of Servisair LLC)

8      4.    Servisair Holding Corp. (parent company of Servisair LLC)

9  Dated:  May 29, 2008                        MORGAN, LEWIS & BOCKIUS LLP

10

11

12                                       By _____
                                             REBECCA EISEN
13
                                             Attorneys for Defendant
14                                           SERVISAIR LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-LA/992323.1                      2                    CERTIFICATION OF INTERESTED
                                                                        PARTIES

1

**PROOF OF SERVICE**

2

    I am a resident of the State of California and over the age of eighteen years and not a party

3

to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California  94105-1126.

4

    On May 29, 2008, I served the within document(s):

5

        CERTIFICATION OF INTERESTED PARTIES

6

7

☒       by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

8

9

10

☐       by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

11

12

13

☐       by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

14

15

16

17

Arlo Garcia Uriarte
Jason J. Szydlik
LIBERATION LAW GROUP
2760 Mission Street
San Francisco, CA  94110
Telephone:  415.695.1000
Facsimile:  415.695.1006

Jennifer Kramer
Judith Wiederhorn
JENNIFER KRAMER LEGAL, APC
707 Wilshire Boulevard, Suite 3600
Los Angeles, CA  90017
Telephone:  213.955.0200
Facsimile:  213.955.0215

18

    I am readily familiar with the firm's practice of collection and processing correspondence

19

for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

20

21

    Executed on May 29, 2008, at San Francisco, California.

22

    I declare under penalty of perjury that I am employed in the office of a member of the bar

23

of this court at whose direction the service was made, and that the foregoing is true and correct.

24

25

_____
           Antonia M. Lee

26

27

1-SF/7709252.1

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO