1  REBECCA EISEN, State Bar No. 096129
   JENNIFER SVANFELDT, State Bar No. 233248
2  MORGAN, LEWIS & BOCKIUS, LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   reisen@morganlewis.com
5  jsvanfeldt@morganlewis.com

6  MORGAN, LEWIS & BOCKIUS LLP
   JILL A. PORCARO, State Bar No. 190412
7  300 South Grand Avenue
   Twenty-Second Floor
8  Los Angeles, CA 90071-3132
   Tel: 213.612.2500
9  Fax: 213.612.2501
   jporcaro@morganlewis.com
10
   Attorneys for Defendant
11 SERVISAIR, LLC

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                       SAN FRANCISCO DIVISION
15

16 ROBERT NAVARRO, on behalf, and          Case No. 08-2716 MHP
17 on behalf of others similarly situated,
   and the general public,                 PROOF OF SERVICE OF NOTICE TO
18                                         THE STATE COURT AND PLAINTIFF
              Plaintiffs,                  OF REMOVAL
19
              vs.
20
   SERVISAIR LLC, a Limited Liability
21 Corporation; and DOES 1 through 50,
   inclusive,
22
              Defendants.
23

24
   **TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT**
25
   **OF CALIFORNIA:**
26
          **PLEASE TAKE NOTICE THAT,** on May 30, 2008, Defendant SERVISAIR
27
   LLC filed in the Superior Court for the State of California, County of San Francisco, a
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-LA/992336.1                                       PROOF OF SERVICE OF NOTICE TO
                                                    STATE COURT RE: REMOVAL

ORIGINAL FILED
MAY 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  copy of its Notice to State Court and Plaintiff of Removal of the above-captioned action in
2  compliance with 28 U.S.C. § 1446(d).
3        A copy of the caption page of the Notice to State Court and Plaintiff of Removal
4  and a copy of the proof of service on Plaintiff is attached hereto as Exhibit "A."
5
6  Dated: May 30, 2008               MORGAN, LEWIS & BOCKIUS LLP
7
8
9                                     By _____
                                       REBECCA EISEN
10
11                                    Attorneys for Defendant
                                   SERVISAIR, LLC
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

1  REBECCA EISEN, State Bar No. 096129
   JENNIFER SVANFELDT, State Bar No. 233248
2  MORGAN, LEWIS & BOCKIUS, LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   reisen@morganlewis.com
5  jsvanfeldt@morganlewis.com

6  MORGAN, LEWIS & BOCKIUS LLP
   JILL A. PORCARO, State Bar No. 190412
7  300 South Grand Avenue
   Twenty-Second Floor
8  Los Angeles, CA 90071-3132
   Tel: 213.612.2500
9  Fax: 213.612.2501
   jporcaro@morganlewis.com
10
   Attorneys for Defendant
11 SERVISAIR, LLC

ENDORSED
FILED
Superior Court of California
County of San Francisco

MAY 3 0 2008

GORDON PARK-LI, Clerk
BY: _____WESLEY RAMIREZ_____
                    Deputy Clerk

12                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

13                          FOR THE COUNTY OF SAN FRANCISCO

CV 08   2716   MHP

| | |
|---|---|
| 15  ROBERT NAVARRO, on behalf, and on behalf of others similarly situated, 16  and the general public,<br><br>17                Plaintiffs,<br><br>18       vs.<br><br>19  SERVISAIR LLC, a Limited Liability Corporation; and DOES 1 through 50, 20  inclusive,<br><br>21                Defendants. | Case No. CGC 08-474610<br><br>**NOTICE TO STATE COURT AND PLAINTIFF OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Date of Filing:  April 24, 2008<br>Trial Date:      None Set |

22

23

24

25 **TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF**

26 **SAN FRANCISCO AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

27        PLEASE TAKE NOTICE THAT on May 30, 2008, Defendant SERVISAIR LLC

28 filed in the United States District Court for the Northern District of California a Notice of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-LA/992332.1

NOTICE OF STATE COURT RE: REMOVAL
OF ACTION TO USDC – NORTHERN
DISTRICT

ORIGINAL

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On May 29, 2008, I served the within document(s):

> PROOF OF SERVICE OF NOTICE TO THE STATE
> COURT AND PLAINTIFF OF REMOVAL

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

[ ] by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Arlo Garcia Uriarte<br>Jason J. Szydlik<br>LIBERATION LAW GROUP<br>2760 Mission Street<br>San Francisco, CA 94110<br>Telephone: 415.695.1000<br>Facsimile: 415.695.1006 | Jennifer Kramer<br>Judith Wiederhorn<br>JENNIFER KRAMER LEGAL, APC<br>707 Wilshire Boulevard, Suite 3600<br>Los Angeles, CA 90017<br>Telephone: 213.955.0200<br>Facsimile: 213.955.0215 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 29, 2008, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Antonia M. Lee

1-SF/7709253.1