1  Arlo Garcia Uriarte, SBN 231764
2  Jason J. Szydlik, SBN 238356
   LIBERATION LAW GROUP
3  2760 Mission Street
   San Mateo, CA 94110
4  Telephone: (415) 695-1000
5  Facsimile:  (415) 695-1006

6
   Jennifer Kramer, SBN 203385
7  Judith Wiederhorn, SBN 239885
   JENNIFER KRAMER LEGAL, APC
8  707 Wilshire Blvd., Suite 3600
9  Los Angeles, CA 90017
   Telephone: (213) 955-0200
10 Facsimile: (213) 955-0215

11
   Attorneys for PLAINTIFF
12 Robert Navarro

13

14
## UNITED STATES DISTRICT COURT
15
## NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17  Robert Navarro, on behalf of himself, and on behalf of others similarly situated, and the general public,<br>18<br>19<br>20        Plaintiffs,<br>        vs.<br>21<br>22  Servisair, a Limited Liability Corporation; and DOES 1 through 50, Inclusive,<br>23<br>24        Defendants.<br>25<br>26 | **Case Number: CV-08-2716-MHP**<br><br>Assigned to Hon. Marilyn Hall Patel<br><br>**NOTICE OF MOTION AND MOTION FOR REMAND**<br><br>San Francisco County Superior Court, Case No. CGC0847460<br><br>[CLASS ACTION]<br><br>Date:   August 4, 2008<br>Time:   2:00 p.m.<br>Place:  Courtroom 15<br><br>Removal Date: May 29, 2008 |

27

28

---

NOTICE OF MOTION AND MOTION FOR REMAND

1  **TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL OF**
2  **RECORD:**
3      **PLEASE TAKE NOTICE** that on August 4, 2008, at 2:00 p.m. or as soon as
4  thereafter the matter may be heard, in Courtroom 15, before the Honorable Marilyn
5  H. Patel of the United States District Court, Central District of California, located at
6  450 Golden Gate Avenue, San Francisco, California, 94102, Plaintiff Robert
7  Navarro ("Plaintiff") will and hereby does move for an order remanding this action
8  in its entirety to the Superior Court of the State of California, in and for San
9  Francisco County, where the litigation was originally filed.
10     Plaintiffs Motion is brought pursuant to 28 U.S.C. § 1447(c) and
11 supporting case law. This Motion is made on the grounds that Defendant Servisair,
12 LLC removed this action based on: (1) federal question jurisdiction pursuant to 28
13 U.S.C. § 1331; and (2) diversity of citizenship under 28 U.S.C. § 1332 and the Class
14 Action Fairness Act ("CAFA") pursuant to 28 U.S.C. § 1453. Defendant has not
15 demonstrated federal question or diversity jurisdiction exist:

16     – Federal Question Jurisdiction: Defendant has failed to demonstrate
17        preemption of state law claims by the Labor Management Relations Act
18        ("LMRA") and the Railway Labor Act ("RLA") which requires a showing
19        that the claims pled will require **interpretation** of a collective bargaining
20        agreement.
21     – Federal Question Jurisdiction: Defendant has failed to demonstrate
22        preemption of state law claims by the Airline Deregulation Act ("ADA")
23        which requires a showing that the claims pled will result in the regulation
24        of the rates, routes or services of any air carrier.
25     – Diversity Jurisdiction: Defendant has failed to demonstrate that each
26        member of Servisair, LLC is not a citizen of California and has provided
27        no factual basis for concluding that Plaintiff's amount in controversy
28        exceeds $75,000 or that the class claims exceed $5,000,000.

1  Plaintiff's motion is based on this Notice, the accompanying Memorandum of
2 Points and Authorities, the accompanying declaration of Jennifer Kramer, the
3 compendium of non-California authorities, any papers filed in reply, the argument
4 of counsel, the pleadings and papers on file herein and upon any other matters that
5 may be presented to the Court at the hearing.

6
7 DATED: June 27, 2008              Respectfully Submitted,
                                    JENNIFER KRAMER LEGAL, APC
8
9                                   By: _____
                                    Jennifer Kramer, Esq.
10                                  Judith Wiederhorn, Esq.
11                                  Attorneys for Plaintiff Robert Navarro