Arlo Garcia Uriarte, SBN 231764
Jason J. Szydlik, SBN 238356
LIBERATION LAW GROUP
2760 Mission Street
San Mateo, CA 94110
Telephone: (415) 695-1000
Facsimile:  (415) 695-1006

Jennifer Kramer, SBN 203385
Judith Wiederhorn, SBN 239885
JENNIFER KRAMER LEGAL, APC
707 Wilshire Blvd., Suite 3600
Los Angeles, CA 90017
Telephone: (213) 955-0200
Facsimile: (213) 955-0215

Attorneys for PLAINTIFF
Robert Navarro

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Navarro, on behalf of himself, and on behalf of others similarly situated, and the general public,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>Servisair, a Limited Liability Corporation; and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | **Case Number: CV-08-2716-MHP**<br><br>Assigned to Hon. Marilyn Hall Patel<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND**<br><br>San Francisco County Superior Court, Case No. CGC0847460<br><br>[CLASS ACTION]<br><br>Date:　　August 4, 2008<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 15<br><br>Removal Date: May 29, 2008 |

ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND

1  Plaintiff Robert Navarro's Motion for Remand came on for hearing on August
2  4,2008 in the above-entitled United State District Court before the Honorable
3  Marilyn H. Patel.  The Court having considered the moving papers and arguments
4  presented by both parties, and good cause appearing, now, therefore, orders that
5  Plaintiffs Motion to Remand is GRANTED.  Accordingly, this case is hereby
6  remanded to the Superior Court of the State of California, County of San Francisco.
7  IT IS SO **ORDERED.**

9  Dated: _____,2008     _____
10                                   Honorable Marilyn H. Patel
                                     United States District Court Judge

- 1 -
ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND