Arlo Garcia Uriarte, SBN 231764
Jason J. Szydlik, SBN 238356
LIBERATION LAW GROUP
2760 Mission Street
San Mateo, CA 94110
Telephone: (415) 695-1000
Facsimile: (415) 695-1006

Jennifer Kramer, SBN 203385
Judith Wiederhorn, SBN 239885
JENNIFER KRAMER LEGAL, APC
707 Wilshire Blvd., Suite 3600
Los Angeles, CA 90017
Telephone: (213) 955-0200
Facsimile: (213) 955-0215

Attorneys for PLAINTIFF
Robert Navarro

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Navarro, on behalf of himself, and on behalf of others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Servisair, a Limited Liability Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case Number: **CV-08-2716-MHP**<br><br>Assigned to Hon. Marilyn Hall Patel<br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that the undersigned, counsel of record for Plaintiff ROBERT NAVARRO certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to

1 | enable the Court to evaluate possible disqualification or recusal.
2 |     1. Plaintiff Robert Navarro
3 |     2. Servisair, LLC

**DATED: June 27, 2008**       **JENNIFER KRAMER LEGAL, APC**

By: _____
**Jennifer Kramer, Esq.
Judith Wiederhorn, Esq.
Attorneys for Plaintiff
ROBERT NAVARRO**