REBECCA EISEN, State Bar No. 096129
JENNIFER SVANFELDT, State Bar No. 233248
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
jsvanfeldt@morganlewis.com

JILL A. PORCARO, SBN 190412
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Tel: 213.612.2500
Fax: 213.612.2501
jporcaro@morganlewis.com

Attorneys for Defendant
SERVISAIR, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NAVARRO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SERVISAIR, a Limited Liability Corporation; and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendant. | Case No. CV-08-2716-MHP<br><br>**DECLARATION OF ERIC JENNINGS IN SUPPORT OF SERVISAIR LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>Date: August 4, 2008<br>Time: 2:00 p.m.<br>Dept.: Courtroom 15 |

I, Eric Jennings, declare:

　　　1.　　I submit this declaration in support of Servisair LLC's Opposition to Plaintiff Robert Navarro's Motion To Remand. All of the following facts are within my personal knowledge and if called as a witness I could and would testify competently with respect thereto.

　　　2.　　I have been Servisair LLC's ("Servisair") General Manager at the San Francisco International Airport ("SFO") since September 2, 2003. I oversee Servisair's ground handling operations at SFO, which includes, among other duties, ensuring that Servisair is in compliance

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DECL. OF E. JENNINGS ISO SERVISAIR LLC'S OPPOSITION TO
PLAINTIFF'S MOTION TO REMAND

CASE NO. CV-08-2716-MHP

with the Federal Aviation Administration, Transportation Security Administration, International Air Transport Association, Air Transport Association and United States Customs. I also ensure that Servisair is in compliance with SFO's rules and regulations, as well as its own company policies. I am responsible for receiving local union grievances and supervising local union related matters.

3. On May 5, 2008, I attended a meeting at SFO on behalf of Servisair with other SFO employers covered by the Quality Standards Program ("QSP") to discuss various inconsistent interpretations and applications of the QSP by employers covered by the program. Leo Fermin, SFO's Deputy Airport Director, Business & Finance Division, hosted the meeting. It is my understanding that the purpose of the meeting was to assist employers properly interpret the program's requirements and to solicit suggestions from employers on ways to improve the QSP.

4. Servisair is required to, and does, submit an "Annual Employer Certification" to the QSP on an annual basis, certifying that it "offers" benefits to its employees. I submitted an Annual Employer Certification to the QSP on July 7, 2008, a true and correct copy of which is attached as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed the 14 day of July 2008, at San Francisco, California.

Eric Jennings

DB2/20757676.1

# EXHIBIT A

# QUALITY STANDARDS PROGRAM
## Annual Employer Certification

Covered Employer: _____ Servicon _____

Lease/Permit Number _____ 3583 _____

In accordance with Airport Rules and Regulations and Section 3.5 of the Aviation Support Services Permit (if applicable), the undersigned, authorized on behalf of the Covered Employer, is certifying that:

1. The Covered Employer is in full compliance with all provisions of the Quality Standards Program including, but not limited to: hiring, training, equipment and Compensation and Benefits standards as they currently exist.

2. The Covered Employer has provided (1) a current list of all airlines to whom Covered Employer is providing Permitted Services, (2) a list of services provided to each airline, and (3) the total number of employees, covered by the QSP, currently employed.

I hereby certify that all statements made in this report are true and correct to the best of my knowledge. I understand that any false, incomplete or incorrect statements, regardless of when they are discovered, may result in the Covered Employer's loss of certification under the Airport Rules and Regulations/Quality Standards Program.

**Signature:** _____

**Name:** _____ Eric Jennings _____
(please print)

**Title:** _____ General Manager _____

**Date:** _____ July 9, 2008 _____

## SFO Quality Standards Program
### BENEFITS AND COMPENSATION

*Instructions: Please make a copy of this form on your company letterhead stationery and respond to all of the following questions:*

Does (Company Name) _____
offer to both fulltime and parttime employees . . .

| | Yes | No |
|---|---|---|
| Company-paid membership in a group medical plan (HMO) that is at least equivalent to the group rate of an HMO membership with the most members in California? | ✓ | |
| A minimum of twelve (12) paid days off per year? (This requirement may include sick and/or vacation days but does not include paid holidays). | ✓ | |
| A minimum of ten (10) <u>unpaid</u> days off per year? This requirement allows companies to stipulate that all paid days off <u>shall be exhausted</u> prior to the use of any unpaid days off. | ✓ | |
| Effective January 1, 2008, compensation that is minimally $11.88 per hour with the aforementioned benefits? | ✓ | |
| Effective January 1, 2008, compensation that is minimally $13.13 per hour without the aforementioned benefits? | ✓ | |
| The option of making a compensation selection of $11.88 per hour plus the aforementioned benefits or $13.13 per hour without the aforementioned benefits? | ✓ | |

| Signature | Date |
|---|---|
| | |
| **Print Name** | **Title** |
| Eric Jennings | General Manager |

# QUALITY STANDARDS PROGRAM
## Annual Employer Certification

### ATTACHMENT

Covered Employer:

_____Servisair_____

1. Name of Airline(s):

   _ANA, Royal Brunei, EVA, Singapore Airlines_

   Services provided: _LAX, PIT All Ramp, Cabin Cleaning, Cabin Search_
   _All Cabin Cleaning, Cabin Search_
   _Bear, Ramp, Cabin Cleaning, Cabin Search_

   Name of Airline(s):

   _Japan Airlines, American Airlines and Philippine Airlines, Inc._

   Services provided: _Ramp, Cabin Cleaning_

   _____

   _____

   Name of Airline(s):

   _China Airlines, Hawaiian Airlines_

   Services provided: _China Ramp_
   _Hawaiian, Ramp, Cabin Cleaning, Cabin Search_

   _____

2. Total number of current employees covered under the Quality Standards Program:

   _300_

   Date: _7/7/08_

*Note: Complete this attachment and return with Annual Employer Certification Form and the Benefits and Compensation form.*