REBECCA EISEN, State Bar No. 096129
JENNIFER SVANFELDT, State Bar No. 233248
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
jsvanfeldt@morganlewis.com

JILL A. PORCARO, SBN 190412
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Tel: 213.612.2500
Fax: 213.612.2501
jporcaro@morganlewis.com

Attorneys for Defendant
SERVISAIR, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT NAVARRO,

Plaintiff,

vs.

SERVISAIR, a Limited Liability Corporation; and DOES 1 through 50, Inclusive,

Defendant.

Case No. CV-08-2716-MHP

**DECLARATION OF JENNIFER P. SVANFELDT IN SUPPORT OF SERVISAIR LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

Date: August 4, 2008
Time: 2:00 p.m.
Dept.: Courtroom 15

I, Jennifer P. Svanfeldt, declare and state as follows:

1. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, counsel to Defendant Servisair LLC ("Servisair"), in the above captioned matter. I am licensed to practice law in the state of California and I am admitted to practice before the United States District Court for the Northern District of California. I submit this declaration in support of Servisair's Opposition to Plaintiff Robert Navarro's ("Plaintiff") Motion to Remand. The following facts are

within my personal knowledge and, if called as a witness, I could testify competently thereto.

2. Based on information and belief, on May 5, 2008, the Summons, Civil Case Cover Sheet and Complaint were served upon Servisair by process server. Based on information and belief, the Complaint was served upon Servisair by certified mail on April 30, 2008. Based on information and belief, a true and correct copy of the Notice of Process of Service which was sent to Servisair on May 1, 2008 is attached as Exhibit A.

3. At no point prior to filing the motion did any of Plaintiff's attorneys contact me or any other attorney at Morgan, Lewis & Bockius to meet and confer about the substance of Plaintiff's motion to remand.

4. On July 2, 2008, I researched the populations of the states in which Servisair conducts business, including California, Massachusetts, Illinois, New York, Nevada and Florida. The most current populations published by the U.S. Census Bureau that I could find on the internet were dated July 1, 2007. A true and correct copy of the Annual Population Estimates 2000 to 2007 which I printed from the U.S. Census Bureau's website at www.census.gov.popest/states/NST-ann-est.html is attached as Exhibit B.

5. According to the Annual Population Estimates 2000-2007, as of July 1, 2007, California's population was 36,553,215, New York's population was 19,297,729, Florida's population was 18,251,243, Illinois' population was 12,852,548, Massachusetts' population was 6,449,755 and Nevada's population was 2,565,382.

6. Based on these figures, approximately .105% of Nevada's population works for Servisair, approximately .00534% of Massachusetts' population works for Servisair, approximately .00323% of Illinois' population works for Servisair, approximately .00261% of New York's population works for Servisair, approximately .0026% of California's population works for Servisair, and approximately .00206% of Florida's population works for Servisair.

7. Based on the Annual Population Estimates for 2007, Servisair's revenue was approximately 178% per capita in Nevada, 124% per capita in Massachusetts, 104% per capita in

///

///

Morgan, Lewis & Bockius LLP
Attorneys at Law
New York

New York, 84% per capita in Illinois, 58% per capita in California and 35% per capita in Florida.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed the 14th day of July 2008, at San Francisco, California.

Jennifer P. Svanfeldt

DB2/20749941.1

# EXHIBIT A

05/01/2008 05:18 PM

To dino.noto@am.servisair.com
cc
Subject Notice of Service of Process

*CSC SameDay SOP and CSC PowerBrief clients, click here to receive and view your Service of Process documents now.*
*For more information on instant access to your SOP, click Sign Me Up .*

**NOTICE OF SERVICE OF PROCESS**

Transmittal Number: 5752524
Date: 05/01/2008

Pursuant to client instructions, we are forwarding this summary and notice of Service of Process. The Service of Process document has been sent to the primary contact listed below.

| | |
|---|---|
| **Entity:** | Servisair LLC |
| **Entity I.D. Number:** | 2496009 |
| **Entity Served:** | Servisair LLC |
| **Title of Action:** | Robert Navarro vs. Servisair LLC |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Labor / Employment |
| **Court:** | San Francisco Superior Court, California |
| **Case Number:** | CGC 08 474610 |

| | |
|---|---|
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 04/30/2008 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |

**Plaintiff's Attorney:**
Arlo Garcia Uriarte
415-695-1000

**Primary Contact:**
Mr. Dino Noto
Servisair

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

Please visit www.incspot.com for more information on CSC's Litigation and Matter Management services, Including service of process (SOP) history, online acknowledgement of SOP, fully electronic scanned SOP and SOP package tracking information.

**CSC is SAS70 Type II certified for its Litigation Management System.**



viewDocument.pdf

# EXHIBIT B

**Table 1: Annual Estimates of the Population for the United States, Regions, States, and Puerto Rico: April 1, 2000 to July 1, 2007**

| Geographic Area | Population Estimates | | | | | | | | April 1, 2000 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | July 1, 2007 | July 1, 2006 | July 1, 2005 | July 1, 2004 | July 1, 2003 | July 1, 2002 | July 1, 2001 | July 1, 2000 | Estimates Base | Census |
| **United States** | 301,621,157 | 298,754,819 | 295,895,897 | 293,191,511 | 290,447,644 | 287,888,021 | 285,112,030 | 282,194,308 | 281,424,602 | 281,421,906 |
| **Northeast** | 54,680,626 | 54,590,172 | 54,504,684 | 54,458,728 | 54,327,381 | 54,128,785 | 53,910,115 | 53,667,649 | 53,594,782 | 53,594,378 |
| **Midwest** | 66,388,795 | 66,128,483 | 65,853,847 | 65,626,756 | 65,347,299 | 65,094,788 | 64,820,696 | 64,496,645 | 64,395,200 | 64,392,776 |
| **South** | 110,454,786 | 108,894,582 | 107,384,947 | 105,866,963 | 104,431,808 | 103,188,427 | 101,869,063 | 100,567,977 | 100,235,853 | 100,236,820 |
| **West** | 70,096,950 | 69,141,582 | 68,152,419 | 67,239,064 | 66,341,156 | 65,476,021 | 64,512,156 | 63,462,037 | 63,198,767 | 63,197,932 |
| Alabama | 4,627,851 | 4,590,240 | 4,539,611 | 4,508,540 | 4,488,071 | 4,471,006 | 4,463,224 | 4,451,887 | 4,447,351 | 4,447,100 |
| Alaska | 683,478 | 677,450 | 669,411 | 661,661 | 650,967 | 642,699 | 633,277 | 627,462 | 626,931 | 626,932 |
| Arizona | 6,338,755 | 6,165,689 | 5,952,083 | 5,744,367 | 5,579,307 | 5,444,881 | 5,301,097 | 5,167,260 | 5,130,615 | 5,130,632 |
| Arkansas | 2,834,797 | 2,809,111 | 2,772,152 | 2,742,898 | 2,720,006 | 2,703,310 | 2,690,254 | 2,678,397 | 2,673,398 | 2,673,400 |
| California | 36,553,215 | 36,249,872 | 35,990,312 | 35,721,991 | 35,376,833 | 34,963,856 | 34,525,902 | 34,004,051 | 33,871,655 | 33,871,648 |
| Colorado | 4,861,515 | 4,766,248 | 4,673,724 | 4,609,264 | 4,555,212 | 4,507,762 | 4,433,997 | 4,328,252 | 4,302,019 | 4,301,261 |
| Connecticut | 3,502,309 | 3,495,753 | 3,486,490 | 3,481,890 | 3,472,964 | 3,451,867 | 3,429,770 | 3,411,990 | 3,405,602 | 3,405,565 |
| Delaware | 864,764 | 852,747 | 840,558 | 827,671 | 815,798 | 804,875 | 795,126 | 786,463 | 783,600 | 783,600 |
| District of Columbia | 588,292 | 585,459 | 582,049 | 579,621 | 577,467 | 579,190 | 577,648 | 571,799 | 572,059 | 572,059 |
| Florida | 18,251,243 | 18,057,508 | 17,736,027 | 17,342,623 | 16,959,251 | 16,667,906 | 16,348,628 | 16,049,316 | 15,982,824 | 15,982,378 |
| Georgia | 9,544,750 | 9,342,080 | 9,107,719 | 8,921,371 | 8,740,008 | 8,591,169 | 8,422,127 | 8,230,919 | 8,186,816 | 8,186,453 |
| Hawaii | 1,283,388 | 1,278,635 | 1,267,581 | 1,254,172 | 1,240,325 | 1,228,763 | 1,218,553 | 1,211,586 | 1,211,537 | 1,211,537 |
| Idaho | 1,499,402 | 1,463,878 | 1,425,894 | 1,391,751 | 1,364,038 | 1,342,103 | 1,320,918 | 1,299,578 | 1,293,956 | 1,293,953 |
| Illinois | 12,852,548 | 12,777,042 | 12,719,550 | 12,680,053 | 12,625,246 | 12,578,317 | 12,516,683 | 12,439,219 | 12,419,647 | 12,419,293 |
| Indiana | 6,345,289 | 6,302,646 | 6,257,121 | 6,218,863 | 6,184,519 | 6,151,102 | 6,125,525 | 6,091,735 | 6,080,521 | 6,080,485 |
| Iowa | 2,988,046 | 2,972,566 | 2,955,587 | 2,946,009 | 2,935,991 | 2,931,084 | 2,930,031 | 2,928,246 | 2,926,382 | 2,926,324 |
| Kansas | 2,775,997 | 2,755,817 | 2,741,665 | 2,730,828 | 2,721,824 | 2,712,383 | 2,700,979 | 2,692,890 | 2,688,824 | 2,688,418 |
| Kentucky | 4,241,474 | 4,204,444 | 4,171,016 | 4,139,859 | 4,114,069 | 4,089,032 | 4,067,461 | 4,049,049 | 4,042,281 | 4,041,769 |
| Louisiana | 4,293,204 | 4,243,288 | 4,495,670 | 4,487,966 | 4,473,679 | 4,465,490 | 4,460,285 | 4,469,044 | 4,468,958 | 4,468,976 |
| Maine | 1,317,207 | 1,314,910 | 1,312,222 | 1,308,892 | 1,303,441 | 1,294,187 | 1,284,872 | 1,277,225 | 1,274,921 | 1,274,923 |
| Maryland | 5,618,344 | 5,602,017 | 5,573,163 | 5,537,662 | 5,494,136 | 5,433,822 | 5,374,956 | 5,310,916 | 5,296,508 | 5,296,486 |
| Massachusetts | 6,449,755 | 6,434,389 | 6,429,137 | 6,433,676 | 6,438,510 | 6,431,788 | 6,407,631 | 6,363,190 | 6,349,105 | 6,349,097 |
| Michigan | 10,071,822 | 10,102,322 | 10,107,940 | 10,102,720 | 10,075,217 | 10,043,737 | 10,006,963 | 9,955,417 | 9,938,482 | 9,938,444 |
| Minnesota | 5,197,621 | 5,154,586 | 5,113,824 | 5,085,626 | 5,052,497 | 5,020,624 | 4,984,100 | 4,934,185 | 4,919,492 | 4,919,479 |
| Mississippi | 2,918,785 | 2,899,112 | 2,900,456 | 2,886,860 | 2,868,343 | 2,859,196 | 2,853,579 | 2,848,424 | 2,844,656 | 2,844,658 |
| Missouri | 5,878,415 | 5,837,639 | 5,787,885 | 5,744,753 | 5,705,971 | 5,676,209 | 5,641,517 | 5,606,140 | 5,596,683 | 5,595,211 |
| Montana | 957,861 | 946,795 | 935,784 | 926,721 | 917,453 | 910,282 | 906,098 | 903,329 | 902,195 | 902,195 |
| Nebraska | 1,774,571 | 1,763,765 | 1,754,042 | 1,743,954 | 1,734,746 | 1,725,545 | 1,718,280 | 1,713,322 | 1,711,265 | 1,711,263 |
| Nevada | 2,565,382 | 2,492,427 | 2,408,948 | 2,329,960 | 2,238,336 | 2,167,645 | 2,095,331 | 2,018,494 | 1,998,257 | 1,998,257 |
| New Hampshire | 1,315,828 | 1,311,821 | 1,303,112 | 1,294,285 | 1,282,844 | 1,272,185 | 1,257,347 | 1,240,442 | 1,235,786 | 1,235,786 |

| Table 1: Annual Estimates of the Population for the United States, Regions, States, and Puerto Rico: April 1, 2000 to July 1, 2007 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Geographic Area | Population Estimates | | | | | | | | April 1, 2000 | |
| | July 1, 2007 | July 1, 2006 | July 1, 2005 | July 1, 2004 | July 1, 2003 | July 1, 2002 | July 1, 2001 | July 1, 2000 | Estimates Base | Census |
| New Jersey | 8,685,920 | 8,666,075 | 8,657,445 | 8,641,235 | 8,604,990 | 8,558,327 | 8,495,644 | 8,431,951 | 8,414,347 | 8,414,350 |
| New Mexico | 1,969,915 | 1,942,302 | 1,916,331 | 1,892,182 | 1,870,113 | 1,850,562 | 1,829,032 | 1,820,861 | 1,819,046 | 1,819,046 |
| New York | 19,297,729 | 19,281,988 | 19,262,545 | 19,258,479 | 19,207,652 | 19,132,542 | 19,076,610 | 18,996,571 | 18,976,821 | 18,976,457 |
| North Carolina | 9,061,032 | 8,869,442 | 8,679,089 | 8,538,378 | 8,421,149 | 8,319,293 | 8,203,565 | 8,079,777 | 8,046,491 | 8,049,313 |
| North Dakota | 639,715 | 637,460 | 635,938 | 636,814 | 633,159 | 633,861 | 636,385 | 641,236 | 642,200 | 642,200 |
| Ohio | 11,466,917 | 11,463,513 | 11,459,776 | 11,452,808 | 11,435,980 | 11,414,816 | 11,392,869 | 11,364,143 | 11,353,145 | 11,353,140 |
| Oklahoma | 3,617,316 | 3,577,536 | 3,535,926 | 3,516,552 | 3,499,937 | 3,485,515 | 3,464,818 | 3,454,058 | 3,450,654 | 3,450,654 |
| Oregon | 3,747,455 | 3,691,084 | 3,629,959 | 3,583,027 | 3,556,956 | 3,521,520 | 3,472,224 | 3,431,096 | 3,421,436 | 3,421,399 |
| Pennsylvania | 12,432,792 | 12,402,817 | 12,367,276 | 12,348,618 | 12,327,250 | 12,305,751 | 12,287,542 | 12,285,564 | 12,281,054 | 12,281,054 |
| Rhode Island | 1,057,832 | 1,061,641 | 1,066,721 | 1,072,859 | 1,072,629 | 1,066,888 | 1,058,474 | 1,050,807 | 1,048,319 | 1,048,319 |
| South Carolina | 4,407,709 | 4,330,108 | 4,254,989 | 4,201,437 | 4,146,770 | 4,104,683 | 4,062,933 | 4,023,628 | 4,011,816 | 4,012,012 |
| South Dakota | 796,214 | 788,467 | 780,046 | 774,129 | 766,882 | 761,995 | 758,852 | 755,713 | 754,844 | 754,844 |
| Tennessee | 6,156,719 | 6,074,913 | 5,989,309 | 5,912,063 | 5,853,371 | 5,801,841 | 5,754,637 | 5,703,415 | 5,689,262 | 5,689,283 |
| Texas | 23,904,380 | 23,407,629 | 22,843,999 | 22,454,811 | 22,085,973 | 21,730,350 | 21,340,494 | 20,948,843 | 20,851,799 | 20,851,820 |
| Utah | 2,645,330 | 2,579,535 | 2,505,013 | 2,430,841 | 2,373,260 | 2,336,872 | 2,292,177 | 2,244,431 | 2,233,198 | 2,233,169 |
| Vermont | 621,254 | 620,778 | 619,736 | 618,794 | 617,101 | 615,250 | 612,225 | 609,909 | 608,827 | 608,827 |
| Virginia | 7,712,091 | 7,640,249 | 7,557,588 | 7,464,033 | 7,370,557 | 7,281,659 | 7,190,468 | 7,104,992 | 7,079,030 | 7,078,515 |
| Washington | 6,468,424 | 6,374,910 | 6,270,838 | 6,189,869 | 6,118,988 | 6,061,872 | 5,990,518 | 5,911,652 | 5,894,140 | 5,894,121 |
| West Virginia | 1,812,035 | 1,808,699 | 1,805,626 | 1,804,618 | 1,803,223 | 1,800,090 | 1,798,860 | 1,807,050 | 1,808,350 | 1,808,344 |
| Wisconsin | 5,601,640 | 5,572,660 | 5,540,473 | 5,510,199 | 5,475,267 | 5,445,115 | 5,408,512 | 5,374,399 | 5,363,715 | 5,363,675 |
| Wyoming | 522,830 | 512,757 | 506,541 | 503,258 | 499,368 | 497,204 | 493,032 | 493,985 | 493,782 | 493,782 |
| **Puerto Rico** | 3,942,375 | 3,926,831 | 3,910,707 | 3,893,931 | 3,876,637 | 3,858,272 | 3,837,768 | 3,814,413 | 3,808,603 | 3,808,610 |

Note: The April 1, 2000 Population Estimates base reflects changes to the Census 2000 population from the Count Question Resolution program and geographic program revisions. See Geographic Terms and Definitions at http://www.census.gov/popest/geographic/ for a list of the states that are included in each region.

**Suggested Citation:**

**Table 1: Annual Estimates of the Population for the United States, Regions, States, and Puerto Rico: April 1, 2000 to July 1, 2007 (NST-EST2007-01)**

**Source: Population Division, U.S. Census Bureau**

**Release Date: December 27, 2007**