1  REBECCA EISEN, State Bar No. 096129
   JENNIFER SVANFELDT, State Bar No. 233248
2  MORGAN, LEWIS & BOCKIUS, LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   reisen@morganlewis.com
5  jsvanfeldt@morganlewis.com

6  JILL A. PORCARO, SBN 190412
   MORGAN, LEWIS & BOCKIUS LLP
7  300 South Grand Avenue, 22nd Floor
   Los Angeles, CA 90071
8  Tel: 213.612.2500
   Fax: 213.612.2501
9  jporcaro@morganlewis.com

10 Attorneys for Defendant
   SERVISAIR, LLC

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15 ROBERT NAVARRO,                          Case No. CV-08-2716-MHP

16         Plaintiff,                       **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND**

17    vs.

18 SERVISAIR, a Limited Liability
   Corporation; and DOES 1 through 50,
19 Inclusive,

20         Defendant.

21

22    Plaintiff Robert Navarro's Motion to Remand came on for regular hearing on August 4,

23 2008 at 2:00 p.m. in Courtroom 15 of the above captioned Court. Arlo Garcia Uriarte with

24 Liberation Law Group appeared on behalf of Plaintiff Robert Navarro. Jill A. Porcaro with

25 Morgan, Lewis & Bockius appeared on behalf of Defendant Servisair LLC.

26 ///

27 ///

28 ///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION TO REMAND                           CASE NO. CV-08-2716-MHP

1    After having considered the arguments of counsel and the papers and evidence submitted,
2 it is ordered that Plaintiff Robert Navarro's Motion to Remand this action to state court is hereby
3 denied.
4    IT IS SO ORDERED
5 Dated:_____, 2008         _____
                                    Honorable Marilyn H. Patel
6
7 DB2/20748468.1