1  REBECCA EISEN, State Bar No. 096129
   JENNIFER SVANFELDT, State Bar No. 233248
2  MORGAN, LEWIS & BOCKIUS, LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   reisen@morganlewis.com
5  jsvanfeldt@morganlewis.com

6  JILL A. PORCARO, SBN 190412
   MORGAN, LEWIS & BOCKIUS LLP
7  300 South Grand Avenue, 22nd Floor
   Los Angeles, CA 90071
8  Tel: 213.612.2500
   Fax: 213.612.2501
9  jporcaro@morganlewis.com

10 Attorneys for Defendant
   SERVISAIR, LLC
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 | ROBERT NAVARRO,                              | Case No. CV-08-2716-MHP
16 |         Plaintiff,                           | **PROOF OF SERVICE**
17 |    vs.                                       | Date: August 4, 2008
   |                                              | Time: 2:00 p.m.
18 | SERVISAIR, a Limited Liability               | Dept.: Courtroom 15
   | Corporation; and DOES 1 through 50,
19 | Inclusive,
20 |         Defendant.

21     I am a resident of the State of California and over the age of eighteen years and not a party
22 to the within-entitled action; my business address is One Market, Spear Street Tower, San
23 Francisco, California 94105-1126.
24     On July 14, 2008, I served the within document(s):
25
   **SERVISAIR LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO
26 REMAND**
27
   **DECLARATION OF CRAIG ALLEN IN SUPPORT OF SERVISAIR
28 LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
 SAN FRANCISCO

PROOF OF SERVICE                                                                              0

**DECLARATION OF JENNIFER P. SVANFELDT IN SUPPORT OF SERVISAIR LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

**DECLARATION OF ERIC JENNINGS IN SUPPORT OF SERVISAIR LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☒ by transmitting via electronic mail the documents listed above to the person set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

Arlo Garcia Uriarte, Esq.
Liberation Law Group
2760 Mission Street
San Francisco, CA  94110
Telephone:  415.695.1000
Facsimile:  415.695.1006
E-mail:  arlo@liberationlawgroup.com

Executed on July 14, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Monica Brennan

| | | |
|---|---|---|
| Monica R. Brennan/SF/MLBLaw<br>07/14/2008 06:38 PM | To | arlo@liberationlawgroup.com |
| | cc | Jennifer Svanfeldt/SF/MLBLaw@MorganLewis |
| | bcc | |
| | Subject | Navarro v. Servisair LLC -- per your request |


Opposition papers.pdf