# PROOF OF SERVICE

| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION | FOR COURT USE ONLY |
|---|---|
| **TITLE OF CASE**<br>NAVARRO v. SERVISAIR | |
| **ATTORNEY(S) NAME AND ADDRESS**    **TELEPHONE**<br>Jennifer Kramer, Esq., SBN 203385    (213) 955-0200<br>Judith Wiederhorn, Esq., SBN 239885<br>JENNIFER KRAMER LEGAL, APC<br>707 Wilshire Boulevard, Suite 3600<br>Los Angeles, CA 90017 | |
| **ATTORNEY(S) FOR:**    **HEARING DATE-TIME-DEPT**<br>Plaintiff | **CASE NUMBER**<br>CV-08-2716-MHP |

I am employed in the City of Los Angeles, County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 707 Wilshire Boulevard, Suite 3600, Los Angeles, CA 90017. On **July 21, 2008,** I served the documents named below on the parties in this action as follows:

**DOCUMENT(S) SERVED:**   PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION FOR REMAND

**SERVED UPON:**   SEE ATTACHED SERVICE LIST

☐   (BY U.S. MAIL) I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail Los Angeles, California. I am readily familiar with the practice of the Firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

(ELECTRONIC) I declare that I transmitted the foregoing document via e-mail, or as indicated by first class postal mail, to the above named on the date indicated thereby. I declare under penalty of perjury that the foregoing is true and correct.

☐   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on July 21, 2008, at Los Angeles, California.

_____
Michael Bew

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
NAVARRO v. SERVISAIR
Case No. CV-08-2716-MHP

## ELECTRONIC SERVICE LIST

Arlo Garcia Uriarte
LIBERATION LAW GROUP
2760 Mission Street
San Francisco, CA 94110
arlo@liberationlawgroup.com

                                      Co-Counsel for Plaintiff

Judith Wiederhorn
JENNIFER KRAMER LEGAL
707 Wilshire Boulevard
Suite 3600
Los Angeles, CA 90017
judith@laborlex.com

                                      Co-Counsel for Plaintiff

Jason J. Szydlik
LIBERATION LAW GROUP
2760 Mission Street
San Francisco, CA 94110
jason@liberationlawgroup.com

                                      Co-Counsel for Plaintiff