**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 4, 2008

Case No.    C 08-2716  MHP            Judge: MARILYN H. PATEL

Title: ROBERT NAVARRO -v- SERVISAIR LLC

Attorneys:  Plf: Judith Wiederham
            Dft: Jill Ann Pecaro, Jennifer Svanfeldt

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Plaintiff's Motion to Remand

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court to issue;