| | |
|---|---|
| 1 | REBECCA EISEN, State Bar No. 096129 |
| 2 | JENNIFER SVANFELDT, State Bar No. 233248<br>MORGAN, LEWIS & BOCKIUS, LLP |
| 3 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 4 | Tel: 415.442.1000<br>Fax: 415.442.1001 |
| 5 | reisen@morganlewis.com<br>jsvanfeldt@morganlewis.com |
| 6 | JILL A. PORCARO, SBN 190412 |
| 7 | MORGAN, LEWIS & BOCKIUS LLP<br>300 South Grand Avenue, 22nd Floor |
| 8 | Los Angeles, CA 90071<br>Tel: 213.612.2500 |
| 9 | Fax: 213.612.2501<br>jporcaro@morganlewis.com |
| 10 | Attorneys for Defendant<br>SERVISAIR, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NAVARRO, | Case No. CV-08-2716-MHP |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | [CLASS ACTION] |
| SERVISAIR, a Limited Liability Corporation; and DOES 1 through 50, Inclusive, | |
| Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE
DB2/20811504.1

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On August 18, 2008, I served the within document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☐ by transmitting via electronic mail the documents listed above to the person set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

Arlo Garcia Uriarte
Liberation Law Group
2760 Mission Street
San Francisco, CA 94110

Jason Joseph Szydlik
Liberation Law Group
2760 Mission Street
San Francisco, CA 94110

Executed on August 18, 2008, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

Patricia De La Hoya Murphy

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20811504.1                    2