REBECCA EISEN, State Bar No. 096129
JENNIFER SVANFELDT, State Bar No. 233248
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
jsvanfeldt@morganlewis.com

JILL A, PORCARO, SBN 190412
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Tel: 213.612.2500
Fax: 213.612.2501
jporcaro@morganlewis.com

Attorneys for Defendant
SERVISAIR, LLC

JENNIFER KRAMER, State Bar No. 203385
JENNIFER KRAMER LEGAL, APC
707 Wilshire Blvd., Suite 3600
Los Angeles, CA 90017
Telephone: 213.955-0200
Facsimile: 213-955-0215

Attorneys for Plaintiff
ROBERT NAVARRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT NAVARRO,<br><br>             Plaintiff,<br><br>      vs.<br><br>SERVISAIR, a Limited Liability Corporation; and DOES 1 through 50, Inclusive,<br><br>             Defendant. | Case No. CV-08-2716-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>[CLASS ACTION]<br><br>Complaint Filed: April 24, 2008 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

STIPULATION AND (PROPOSED) ORDER
SELECTING ADR PROCESS

CASE NO. CV-08-2716-MHP

Counsel report that they met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. *3-5:*

The parties agree to participate in the following ADR process:

**Court Process:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. *5)*

☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☒ Private ADR (*please identify process and provider*) <u>Mediation. The parties are in the process of selecting a mutually agreeable mediator.</u>

The parties agree to hold the ADR session by:

    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☒ Other requested deadline: <u>In this class action, the parties wish to reserve the right to take meaningful discovery and address class certification issues prior to scheduling mediation. These issues will be addressed at the initial Case Management Conference on September 8, 2008.</u>

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

2

STIPULATION AND (PROPOSED) ORDER
SELECTING ADR PROCESS

CASE NO. CV-08-2716-MHP

Dated: August 18, 2008

JENNIFER KRAMER LEGAL, APC

By _____
Jennifer Kramer

Attorneys for Plaintiff
ROBERT NAVARRO.

Dated: August 18, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____
Jennifer P. Svanfeldt

Attorneys for Defendant
SERVISAIR, LLC.

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration

☐ Early Neutral Evaluation (ENE)

☐ Mediation

☒ Private ADR

Deadline for ADR session

☒ 90 days from the date of this order. **except as modified, if at all, at CMC on 9/8/08.**

☐ other _____

IT IS SO ORDERED.

Dated: 8/19/2008

_____
Hon. Judge Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* (seal - United States District Court, Northern District of California)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB2/20811082.1

3

STIPULATION AND (PROPOSED) ORDER
SELECTING ADR PROCESS

CASE NO. CV-08-2716-MHP