# CERTIFICATE OF SERVICE

I, Jennifer Kramer, an attorney, certify that on August 18, 2008, I caused true and correct copies of the foregoing **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this manner:

| | |
|---|---|
| Jennifer P. Svanfeldt<br>Morgan, Lewis & Bockius, LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105 | Jill Ann Porcaro<br>Morgan, Lewis & Bockius, LLP<br>300 S. Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071 |
| Judith Amanda Wiederhorn<br>Jennifer Kramer Legal, APC<br>707 Wilshire Blvd., Ste. 3600<br>Los Angeles, CA 90017 | Rebecca Dianne Eisen<br>Morgan, Lewis & Bockius, LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105 |

In addition, on this same date, I caused the above-mentioned **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** to be served upon the following counsel of record via first class mail:

| | |
|---|---|
| Arlo Garcia Uriarte<br>Liberation Law Group<br>2760 Mission Street<br>San Francisco, CA 94110 | Jason Joseph Szydlik<br>Liberation Law Group<br>2760 Mission Street<br>San Francisco, CA 94110 |

_____
Jennifer Kramer
Jennifer Kramer Legal
707 Wilshire Boulevard, Suite 3600
Los Angeles, CA 90017
(213) 955-0200
Counsel for Plaintiff