1  Arlo Garcia Uriarte, SBN 231764
   Jason J. Szydlik, SBN 238356
2  LIBERATION LAW GROUP
   2760 Mission Street
3  San Francisco, CA 94110
   Telephone: (415) 695-1000
4  Facsimile:  (415) 695-1006

5  Jennifer Kramer, SBN 203385
   Judith Wiederhorn, SBN 239885
6  JENNIFER KRAMER LEGAL, APC
   707 Wilshire Blvd., Suite 3600
7  Los Angeles, CA 90017
   Telephone: (213) 955-0200
8  Facsimile: (213) 955-0215

9  Attorneys for PLAINTIFF
   Robert Navarro
10

11            **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13

14  Robert Navarro, on behalf of himself, and on | **Case Number: CV-08-2716-MHP**
15  behalf of others similarly situated, and the | Assigned to Hon. Marilyn Hall Patel
    general public,
16                                              | **STIPULATION AND [PROPOSED]
17                   Plaintiffs,                |  ORDER TO EXTEND TIME TO
         vs.                                    |  AMEND PUTATIVE CLASS
18                                              |  DEFINITION AND RELATED
                                                |  DEADLINES**
19  Servisair, a Limited Liability Corporation;
    and DOES 1 through 50, Inclusive,           | [CLASS ACTION]
20
21                   Defendants.

22
23
24
25
26
27
28

IT IS HEREBY STIPULATED by and between the parties hereto, to the above-captioned action, through their respective counsel, that the following may be entered as an Order:

1. Plaintiff filed this putative class action and broadly defines the class in his Complaint as: "All current and former employees of Defendants who worked in the State of California at any time from period commencing four years from the filing of this action through the entry of final judgment in this action."

2. At the September 8, 2008 Case Management Conference, the Court instructed the parties to confer for the purpose of narrowing the class definition and discovery. Defendant was to provide Plaintiffs counsel with information to assist them with this process, including an exchange of job descriptions and classifications. The Court also asked the parties to work together to identify persons most knowledgeable to depose and other discovery needed. The Court set up the following briefing schedule should the parties not be able to stipulate to an amendment of the class definition:

    (a) November 10, 2008: Deadline for Plaintiff to file a motion to amend the putative class definition.

    (b) November 24, 2008: Deadline for Defendant to file an opposition to Plaintiffs motion to amend.

    (c) December 8, 2008: Deadline for Plaintiff to file a reply brief in support of his motion to amend.

    (d) January 15, 2009: Hearing on Plaintiffs motion to amend.

3. Since the September 8, 2008 conference, the parties have worked diligently together to exchange information.

4. On September 12, 2008 the parties conferred telephonically to discuss positions within the proposed class, Defendant's general payroll practices, the effect of collective bargaining agreements, and how to most efficiently conduct discovery aimed at narrowing the class definition, if necessary, Because of the large number of

witnesses Defendant identified as persons most knowledgeable, Plaintiff proposed a two-step process. First, Plaintiff would draft written discovery aimed at gathering facts regarding the relevant employment practices relative to meal breaks at each of Defendant's locations and for each job position. Before serving that discovery, Plaintiff would provide the draft discovery to Defendant's counsel for feedback regarding the wording and scope of the requests to resolve potential objections. Second, Plaintiff would review the discovery responses to determine if it was necessary to depose any persons most knowledgeable.

5. Plaintiff provided Defendant with draft discovery requests on September 17, 2008. Defendant reviewed the requests and on September 24, 2008, the parties conducted a further meet and confer telephone conference to discuss the discovery requests. Defendant agreed to use its best efforts to respond to the discovery within 21 days.

6. The written discovery was edited and served on Defendant on September 26, 2008.

7. The parties have continued to communicate regarding Defendant's efforts to respond to the discovery. However, despite Defendant's best efforts, it was not able to respond within 21 days. Because of the number of individuals Defendant represented to Plaintiff it was endeavoring to get information from and then have that information verified, Defendant requested an extension of time to respond.

8. Because of Defendant's representation that it has diligently worked to respond to this discovery, Plaintiff has given Defendant an extension of time to respond until November 7, 2008.

9. Had Defendant been able to provide responses by October 17, 2008, Plaintiff would have then had 24 days to analyze the responses, conduct depositions if necessary, and meet and confer with Defendant regarding the class definition.

10. In order to efficiently continue this process of refining the class

definition, the parties have agreed to the following proposed schedule:

   (a)   *December 1, 2008:*  Deadline *for Plaintiff to file a motion to amend the putative class definition.*

   (b)   *December 15, 2008:* Deadline *for Defendant to file an opposition to Plaintiff's motion to amend.*

   (c)   *December 29, 2008:* Deadline *for Plaintiff to file a reply brief in support of his motion to amend.*

   (d)   ~~January 29:~~ **February 2, 2009 at 2:00 p.m.** Hearing on Plaintiffs *motion to amend.*

**IT IS SO STIPULATED:**

Dated:  November 5, 2008          **MORGAN LEWIS & BOCKIUS, LLP**

                                  /s/ Rebecca Eisen
                                  **Rebecca Eisen, Esq.**
                                  **Jennifer Svanfeldt, Esq.**
                                  **Attorneys for Defendants**
                                  **SERVISAIR, LLC**

Dated:  11/5/08                   **JENNIFER KRAMER LEGAL, APC**

                                  /s/ Jennifer Kramer
                                  **Jennifer Kramer, Esq.**
                                  **Attorneys for Plaintiff**
                                  **ROBERT NAVARRO**

**IT IS SO ORDERED:** AS TO EXTENSIONS AND DATES ONLY.

Dated:  11/14/2008

IT IS SO ORDERED
Judge Marilyn H. Patel

DB2/20891168.2                                   -4-
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME