| | |
|---|---|
| 1 | REBECCA EISEN, State Bar No. 096129 |
| | JENNIFER SVANFELDT, State Bar No. 233248 |
| 2 | MORGAN, LEWIS & BOCKIUS, LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| | reisen@morganlewis.com |
| 5 | jsvanfeldt@morganlewis.com |
| 6 | Attorneys for Defendant |
| | SERVISAIR, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NAVARRO, | Case No. CV-08-2716-MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING ALTERNATIVE RESOLUTION DISPUTE DEADLINE** |
| vs. | |
| SERVISAIR, a Limited Liability Corporation; and DOES 1 through 50, Inclusive, | [CLASS ACTION] |
| Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

STIPULATION AND [PROPOSED]
ORDER MODIFYING ADR DEADLINE

CASE NO. CV-08-2716-MHP

## STIPULATION

WHEREAS, according to the Court's September 8, 2008 Civil Pretrial Minutes, the deadline for completing Alternative Dispute Resolution ("ADR") is January 31, 2009;

WHEREAS, the parties Plaintiff Robert Navarro ("Plaintiff") and Defendant Servisair LLC ("Defendant") (collectively the parties) have agreed to mediate this case and have selected a mediator;

WHEREAS, however, Plaintiff's Motion For Leave to File a First Amended Complaint and Defendant's Rule 23(d)(1)(D) Request To Narrow Class Proposed Class Definition And Opposition to Plaintiff's Motion For Leave to File First Amended Complaint will not be heard until February 2, 2009; and

WHEREAS, in light of the above, the parties have conferred and agreed to seek to extend the deadline by which to complete ADR until May 29, 2009.

NOW, THEREFORE, Plaintiff and Defendant, through their undersigned respective counsel, stipulate and request that the Court vacate the existing ADR deadline of January 31, 2009 and extend it until May 29, 2009.

To avoid prejudice to the parties and to facilitate possible settlement, GOOD CAUSE exists to modify the deadlines in this action as described herein.

Dated: January 12, 2009        MORGAN LEWIS & BOCKIUS LLP

                               By: _____
                               Rebecca Eisen
                               Attorneys for Defendant
                               SERVISAIR, LLC

Dated: January 14, 2009        JENNIFER KRAMER LEGAL, APC

                               By: _____
                               Jennifer Kramer
                               Attorneys for Plaintiff
                               ROBERT NAVARRO

Dated: January 13, 2009        LIBERATION LAW GROUP

                               By: _____
                               Arlo Uriate
                               Attorneys for Plaintiff
                               ROBERT NAVARRO

## ORDER

In light of the foregoing STIPULATION of the parties, the Court ORDERS that the existing mediation deadline is extended to May 29, 2009

Dated: Janauary 16, 2009

HON. MARILYN HALL PATEL
U.S. District C___



DB2/20965434.1

STIPULATION AND [PROPOSED]
ORDER MODIFYING ADR DEADLINE

CASE NO. CV-08-2716-MHP

2

Morgan, Lewis & Bockius LLP
Attorneys At Law
New York